598 A.2d 30

COMMONWEALTH of Pennsylvania

v.

Marcus L. HOWELL, Jr., a/k/a Marcus Allen, a/k/a
Marko Polo, a/k/a Polo Bear, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 26, 1991.

Decided Oct. 30, 1991.

Alan D. Hertzberg, Alan D. Hertzberg & Associates, Donald R. Walko, Jr., Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Edward Marcus Clark, Asst. Dist. Atty., Pittsburgh, for appellee.

Stuart Suss, Deputy Dist. Atty., West Chester, for amicus curiae Pennsylvania Dist. Attys. Ass'n.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.